UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, CR. NO. 26-20634

v. Hon. Denise Page Hood

MOHAMD SALIM ABDESSAMED,

Defendant.

**AMENDED ORDER GRANTING DEFENDANT'S URGENT MOTION FOR A PRESERVATION ORDER (ECF No. 27)**

This matter is before the Court on Defendant's Urgent Motion for a Preservation Order. (ECF No. 27). The motion is fully briefed. (ECF Nos. 30, 32). The Court heard argument on November 18, 2026. The Court finds good cause under Fed. R. Crim. P. 16(d)(1) and its inherent authority to enter the following order and finds that the vehicles and data described below are material to the preparation of the defense, that there is a substantial risk they will be altered or lost if they remain in service before additional inspection. The motion is granted as follows:

1. **Preserved Vehicles.** The "Preserved Vehicles" are (a) the government vehicle driven by A.R. on June 4, 2026; and (b) the government vehicle driven by J.M. on June 4, 2026.

2. **Removal from service.** Effective the morning of November 19, 2026, the government, including DHS, ICE, and anyone acting on its behalf or in concert with it, shall remove each Preserved Vehicle from service, and shall keep the Preserved

Vehicles parked and stored locally and remaining out service until the end of day on Monday, November 23, 2026.

3. **No repair, alteration, or disposal.** Effective immediately, the government shall not further repair, service, modify, or otherwise alter any Preserved Vehicle; shall not remove or replace any part or electronic module, including the airbag control module (occupant restraint controller), infotainment or navigation unit, and telematics unit; and shall not sell, surplus, transfer, or otherwise dispose of any Preserved Vehicles until after November 23, 2026.

4. **Electronic data.** Except as provided in paragraph 6, no person shall connect any diagnostic or data-retrieval tool to a Preserved Vehicle, or download, clear, reset, or alter any data stored in it before end of day on November 23, 2026.

5. **Records.** The government shall preserve, and shall not delete or alter, all records for each Preserved Vehicles from June 4, 2026 to the present, including service, maintenance, repair, and work-order records (including those for the installation of lights and sirens on A.R.'s vehicle); accident, damage, and fleet-management reports (including SF-91 and SF-94 forms and any Report of Survey); mileage, fuel, driver-assignment, and home-to-work records; and any GPS, automatic vehicle location, and other telematics data.

6. **Joint inspection and data download.** On November 23, 2026, the parties shall hold a joint, non-destructive inspection of each Preserved Vehicle, at which a qualified examiner for each side may be present. The examination shall include photographing, measuring, and documenting the vehicle's damage and the retrieval of its event data using the Bosch Crash Data Retrieval tool or an equivalent tool, in a manner that does not alter the data. Each side shall receive complete copies of all raw data files and reports. The defense and its expert shall have opportunity to document

by photograph and measurement both inside and outside of the vehicle, and the Government will ensure that the defense has access to the inside of the vehicle.

7. **Declaration.** Within two weeks of this Order, the government shall provide records for each Preserved Vehicle: its year, make, model, and VIN; its current location and custodian; every occasion since June 4, 2026 on which it was operated, serviced, repaired, or altered, with dates; any minor or major collision or airbag event since June 4, 2026; each person who has driven it since that date; and any telematics or GPS it carries. The government shall also identify every other government vehicle that took part in the June 4, 2026 stop and state where each is now.

8. **Subject to protective order.** Any raw data retrieved from the Bosch Crash Data Retrieval Tool (or an equivalent tool), and any information relating to GPS, home-to-work records, or telematics of the Preserved Vehicles is protected discovery and subject to the conditions of the Stipulated Protective Order already in place (ECF No. 23).

9. **Duration and modification.** This Order remains in effect until the joint inspection and download are completed on November 23, 2026 and until the provisions in Paragraph 7 are met. This Order is entered without prejudice to Defendant's pending Motion to Dismiss.

Consistent with the oral decision,

**IT IS ORDERED** that Defendant Mohamd Abdessamed's Urgent Motion for a Preservation Order (ECF No. 27) is **GRANTED.**

**IT IS SO ORDERED.**

s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: November 20, 2026